UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:14-cv-133-FDW

| | |
|---|---|
| WILBERT LESTER FAIR, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> ) <br> KATY POOLE, ) <br> *Superintendent, Scotland Correctional* ) <br> *Institution*, ) <br> ) <br> Respondent. ) <br> _____ ) | **ORDER** |

UPON MOTION of Respondent, (Doc. No. 8), for an enlargement of time within which to file an Answer or to otherwise respond to Petitioner's habeas petition brought under 28 U.S.C. § 2254, and for good cause shown,

IT IS HEREBY ORDERED that Respondent shall have up to and including December 22, 2014, to file a responsive pleading.

FURTHERMORE, pursuant to Respondent's request, the Clerk of this Court shall substitute Frank Perry as Respondent. The Clerk is further instructed to designate Petitioner's Motion to Proceed in Forma Pauperis, (Doc. No. 2), as no longer pending, as Petitioner has paid the $5.00 filing fee.

Signed: December 1, 2014

Frank D. Whitney
Chief United States District Judge