# United States District Court
## Western District of North Carolina
### Statesville  Division

| | | |
|---|---|---|
| **Wilbert Lester Fair,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 5:14-cv-00133-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| **Frank L. Perry**, Secretary of  Public | ) | |
| Safety, | ) | |
| | ) | |
| Respondent(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 9, 2015 Order.

September 9, 2015

Frank G. Johns, Clerk
United States District Court